IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN MICHAEL COOLEY,

      Petitioner,

v.                                            CASE NO. 1:07-cv-00139-MP-AK

JAMES MCDONOUGH,

      Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate

Judge, which recommends that this case be transferred to the United States District Court for the

Middle District of Florida for all further proceedings.  The Magistrate Judge filed the Report and

Recommendation on Wednesday, August 1, 2007.  The parties have been furnished a copy of the

Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United

States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to

which an objection has been made.  In this instance, however, no objections were filed.

Therefore, having considered the Report and Recommendation, and the lack of objections

thereto, I have determined that it should be adopted.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.      The Report and Recommendation of the Magistrate Judge is adopted and
              incorporated herein.

      2.      The Clerk is directed transfer this case to the United States District Court for the
              Middle District of Florida for all further proceedings.

      **DONE AND ORDERED** this   *18th* day of September, 2007

                               *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge